David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
Katie B. Annand (SBN 260343)
Email: kannand@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A., sued erroneously as
Bank of America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFORCE GLOBAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION, et al, and Does 1 - 100, <br><br> Defendants. | Civil Action No. CV091984SC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO CONDUCT MEDIATION** <br><br> Honorable Samuel Conti |

Plaintiff eForce Global, Inc. ("eForce") and defendant Bank of America, N.A. ("Bank of America"), by and through their respective attorneys, stipulate and agree as follows:

1. This Court has ordered the parties to complete mediation in this action by November 13, 2009.

2. Both eForce and Bank of America (collectively, the "Parties") have diligently participated in discovery efforts in this action, as follows:

- The Parties served their Initial Disclosures on September 14, 2009, pursuant to F.R. Civ. P. 26(a)(1), and exchanged documents on September 28, 2009;

- On October 2, 2009, Bank of America propounded its first set of Special Interrogatories on eForce, to which responses are due by November 2, 2009;

- On October 16, 2009, eForce served Requests for Production of Documents on Bank of America, to which responses are due by November 16 2009;
- Bank of America has already produced 475 pages of documents and will supplement this production on or before November 16 in response to Requests for Production of Documents. eForce has produced approximately 43,000 pages of documents.

3. Due to the size of eForce's document production, and the additional document production that Bank of America will make in November, additional time is required to conduct a meaningful review of the documents in preparation for key depositions in the case, which both sides agree are necessary for a meaningful mediation.

4. The Parties agree that their review of documents and the taking of key depositions will not be completed in time to effectively participate in mediation by November 13, 2009, and agree that a short extension of the deadline is therefore warranted. The requested continuance will not alter any other deadline already fixed by the Court in this action.

THEREFORE, IT IS HEREBY STIPULATED THAT the Parties should request, and hereby do request, that the deadline to complete mediation in this action be continued 45 days from November 13, 2009, to December 28, 2009.

SO STIPULATED:

DATED: October 23, 2009    CALDWELL LESLIE & PROCTOR, PC

By     /s/
　　Robyn C. Crowther
　　Attorneys for Plaintiffs
　　eForce Global, Inc.

DATED: October 23, 2009    REED SMITH LLP

By     /s/
　　Katie B. Annand
　　Attorneys for Defendant
　　Bank of America, N.A.

## ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREON, the deadline to complete mediation in this action is hereby continued from November 13, 2009, to __12/28__, 2009.

SO ORDERED:

DATED: __October 26__, 2009



_____
Hon. Samuel Conti
United States District Judge