| | |
|---|---|
| 1 | MARTIN H. KRESSE, State Bar No. 048132 |
| 2 | 1105 5th Street, Suite 160<br>San Rafael, CA 94901 |
| 3 | (415) 925-5200<br>(415) 925-5949 |
| 4 | mkresselaw@gmail.com |
| 5 | Attorney for Plaintiff<br>eForce Global, Inc. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EFORCE GLOBAL, INC.,

        Plaintiff,

vs.

BANK OF AMERICA CORPORATION, *ET AL*

        Defendants.

Case No. CV-09-1984 SC

**SUBSTITUTION OF ATTORNEYS BY EFORCE GLOBAL, INC.**

Plaintiff eForce Global, Inc. herewith substitutes the below named counsel in the place and stead of Robyn C. Crowther and Caldwell Leslie & Proctor PC.

MARTIN H. KRESSE
1105 5TH street
San Rafael, CA 94901
415-925-5200 Tel.
415-925-5949 Fax
mkresselaw@gmail.com

IT IS SO ORDERED
Judge Samuel Conti

SUBSTITUTION OF COUNSEL - EFORCE

1

I consent to the above substitution

*(signed)*
PK Pande,
CEO eForce Global, Inc.

Dated: Feb, 1st 2010


I consent to the above substitution

*(signed)*
Robyn C. Crowther
Caldwell Leslie & Proctor, PC

Dated: / 2010


I accept the substitution

*(signed)*
Martin H. Kresse

Dated: Feb 1, 2010