1  MARTIN H. KRESSE, State Bar No. 048132
   1105 5ᵗʰ Street, Suite 160
2  San Rafael, CA 94901
   (415) 925-5200
3  (415) 925-5949
   mkresselaw@gmail.com
4
5  Attorney for Plaintiff
   eForce Global, Inc.
6

7                  UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  EFORCE GLOBAL, INC.,                    Case No. CV-09-1984  SC

11            Plaintiff,

12        vs.
                                            **SUBSTITUTION OF ATTORNEYS BY**
13  BANK OF AMERICA CORPORATION, *ET AL*    **EFORCE GLOBAL, INC.**

14            Defendants.

15

16

17     Plaintiff eForce Global, Inc. herewith substitutes the below named counsel in the

18  place and stead of Robyn C. Crowther and Caldwell Leslie & Proctor PC.

19

20

21                       MARTIN H. KRESSE
                         1105 5ᵀᴴ street
22                       San Rafael, CA 94901
                         415-925-5200 Tel.
23                       415-925-5949  Fax
                         mkresselaw@gmail.com
24

25

SUBSTITUTION OF COUNSEL - EFORCE
                                    1

1

2    I consent to the above substitution

3

4                    PK Pande,
                CEO eForce Global, Inc.
5

6    Dated: _Feb, 1st____ 2010

7

8

9    I consent to the above substitution

10

11               Robyn C. Crowther
12       Caldwell Leslie & Proctor, PC

13
     Dated: _____/_____ 2010
14

15

16   I accept the substitution

17

18                Martin H. Kresse

19

20   Dated: __Feb 1____ 2010

21

22

23

24

25

SUBSTITUTION OF COUNSEL - EFORCE        2