David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants,
Bank of America, N.A., sued erroneously as
Bank of America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFORCE GLOBAL, INC.,<br><br>                   Plaintiff,<br><br>       vs.<br><br>BANK OF AMERICA CORPORATION, et al, and Does 1 - 100,<br><br>                   Defendants. | Civil Action No. CV-091984-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>*Hon. Samuel Conti* |

Plaintiff eForce Global, Inc. ("eForce") and defendant Bank of America, N.A. ("Bank of America"), by and through their respective attorneys, stipulate and agree as follows:

1.       This Court has set the discovery cutoff date for this case as May 26, 2010, pursuant to its Status Conference Order, dated August 28, 2009.

2.       Both eForce and Bank of America (collectively, the "Parties") have diligently participated in discovery and mediation efforts in this action.

3.       The parties participated in mediation in November, 2009, but were unsuccessful in reaching a resolution to the case. Subsequently, eForce obtained new counsel, and the parties have been working to schedule and conduct over 15 depositions, many of them involving out-of-state witnesses. One witness who resides in Hong Kong and must travel to the United States for his deposition has limited availability.

4. The Parties do not seek a delay of the trial date, and agree that these modifications to the dates will serve efficiency and allow the completion of fact and expert discovery. This is the first request to modify the pretrial schedule.

THEREFORE, IT IS HEREBY STIPULATED that:

- The deadline to complete lay discovery in this action be extended from May 26, 2010, to June 25, 2010.
- The deadline for hearings on dispositive motions in this action be extended from June 11, 2010, to June 25, 2010.
- The deadline for both parties' opening expert disclosures and reports in this action be extended from April 26, 2010, to May 21, 2010.
- The deadline for both parties' rebuttal expert disclosures and reports in this action be extended from April 26, 2010 to June 18, 2010.
- The deadline for completing expert discovery in this action be extended to June 30, 2010.

DATED: April 19, 2010          MARTIN H. KRESSE, ESQ.

By     /s/ *Martin H. Kresse*
    Martin H. Kresse
    Attorneys for Plaintiffs
    eForce Global, Inc.

DATED: April 19, 2010          REED SMITH LLP

By     /s/ *David S. Reidy*
    David S. Reidy
    Attorneys for Defendant
    Bank of America, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 20, 2010

IT IS SO ORDERED
Judge Samuel Conti

_____
Hon. SAMUEL CONTI
United States District Court Judge