```
1   Martin H. Kresse SBN 048132
    1101 5th Street Suite 160
2   San Rafael California 94901
    (415) 526-5904  Tel.
3   (415) 925-5949  Fax.
4   mkresselaw@gmail.com

5   Attorney for Plaintiff
    eForce Global, Inc.
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFORCE GLOBAL, INC., | |
| Plaintiff, | Case No.  C 09-1984 SC |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER AGREEING NOT TO OPPOSE DEFENDANT'S COSTS BILL AND TO STAY ENFORCEMENT PENDING APPEAL** |
| BANK OF AMERICA N.A. | |
| Defendant. | |

The Parties hereto, Plaintiff eForce Global, Inc. and Defendant Bank of America Corporation a/k/a Bank of America N.A. agree and stipulate that: (1) Plaintiff shall not oppose Defendant's Bill for Taxable Costs (EFC Document 55) in the amount of $25,797.91 and (2) that enforcement of any Judgment by this Court awarding costs to Defendant shall by stayed pending final resolution of Plaintiff's appeal in this action.

**STIPULATION AND [PROPOSED] ORDER AGREEING NOT TO OPPOSE DEFENDANT'S COSTS** 1
**BILL AND TO STAY ENFORCEMENT PENDING APPEAL**
        **Case No.  C 09-1984**

1  This stay shall expire ten (10) days after the mandate issues from the Ninth Circuit
2  Court of Appeal or any other action that terminates the appeal.
3
4
5
   So stipulated
6
7
8  Dated: July 22, 2010
9                                                          _____/S/_____
                                                                    Martin H. Kresse
10                                                         Attorney for Plaintiff eForce Global. Inc.
11
12
13
14 Dated: July 22, 2010                                    Reed Smith LLP
15
16                                                         by_____/S/_____
17                                                                    David Reidy
                                                           Attorney for Defendant Bank of
18                                                         America. Inc.
19
20
21
22 **IT IS SO ORDERED**

23 **Dated July 26, 2010**                                 _____
24                                                         SAMUEL CONTI, JUDGE
                                                           NORTHERN DISTRICT OF
25                                                         CALIFORNIA
26
27
28 STIPULATION AND [PROPOSED] ORDER AGREEING NOT TO OPPOSE DEFENDANT'S COSTS   2
   BILL AND TO STAY ENFORCEMENT PENDING APPEAL
                        Case No. C 09-1984